[No. 12021–2–I.   Division One.   December 19, 1984.]

JERRY LEDFORD, *Appellant,* v. GARRETT–WELDCO INDUSTRIES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–13787–5, Jim Bates, J., entered July 1, 1982. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Williams and Coleman, JJ.

[No. 10727–5–I.   Division One.   December 19, 1984.]

ROBERT W. DRIES, ET AL, *Respondents,* v. THE CITY OF SNOQUALMIE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–02627–5, Lee Kraft, J., entered September 11, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Ringold, JJ.